IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HOWARD COHAN,

    Plaintiff,

    v.

VIRGIN HOTELS CHICAGO, LLC, d/b/a
VIRGIN HOTELS CHICAGO,

    Defendant.

Case No. 1:18-cv-08473-MFK

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the plaintiff hereby VOLUNTARILY DIMISSES the above-captioned action WITH PREJUDICE. Defendant consents to this dismissal. The attorneys' fees, costs, and expenses of litigation will be paid as stated in the settlement documents.

Respectfully submitted this 10th day of April, 2019.

/s/ *Marshall Burt*
Marshall J. Burt
The Burt Law Group, Ltd.
77 West Washington Street
Suite 1300
Chicago, IL 60602
(312) 419-1999 (Tel)
Marshall@mjburtlaw.com

*Counsel for Plaintiff*

/s/ *Barry Kaltenbach*
Barry Patrick Kaltenbach, Esq.
Robert Thomas Zielinski, Esq.
Miller Canfield Paddock and Stone
225 West Washington
Suite 2600
Chicago, IL 60606
(312) 460-4251
kaltenbach@millercanfield.com
zielinski@millercanfield.com

*Counsel for Defendant*